Argued and submitted November 15, order modified with
instructions December 1, 1982

In the Matter of the Compensation of
Donald A. Godell, Claimant.

GODELL,
*Petitioner,*

*v.*

SAIF CORPORATION,
*Respondent.*

(No. 80-05378, CA A23841)

653 P2d 1317

David A. Force, Eugene, argued the cause for petitioner.
On the brief were Evohl F. Malagon and Malagon & Velure,
Eugene.

Darrell E. Bewley, Appellate Counsel, State Accident
Insurance Fund, Salem, argued the cause and filed the brief
for respondent.

Before Gillette, Presiding Judge, and Warden and
Young, Judges.

PER CURIAM.

## PER CURIAM

Claimant appeals an order of the Workers' Compensation Board (Board) assessing the extent of his permanent partial disability for atopic eczema at 5 percent. He seeks reinstatement of the referee's assessment of 40 percent. On *de novo* review, we assess the extent of claimant's disability at 20 percent. *See Hoag v. Duraflake*, 37 Or App 103, 585 P2d 1149, *rev den* 284 Or 521 (1978).

The order of the Workers' Compensation Board is modified to award claimant 64 degrees for 20 percent unscheduled permanent partial disability.